IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SOUTHWESTERN ELECTRIC COOPERATIVE, INC.,**

    **Plaintiff,**

v.

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS, LOCAL NO. 702,**

    **Defendant.**                                   **No. 11-cv-1047-DRH**

### **ORDER**

**HERNDON, Chief Judge:**

    On August 27, 2012, the Court entered an order (Doc. 38) denying plaintiff Southwestern Electric Cooperative Inc.'s motion to vacate arbitration award (Doc. 4), granting defendant International Brotherhood of Electrical Workers, Local No. 702's motion to enforce arbitration award (Doc. 11), and granting defendant's motion for sanctions (Doc. 17). The Court ordered plaintiff to comply with the arbitrator's award and pay pre-judgment interest and defendant's reasonable attorney fees and costs. The Court also gave the parties an opportunity to resolve the rate of pre-judgment interest, attorney fees, and costs. The parties have now notified the Court

(Doc. 42) that they have resolved this issue. Accordingly, this case is now closed.

The Clerk is ordered to enter judgment in favor of defendant and against plaintiff.

**IT IS SO ORDERED.**

Signed this 29th day of October, 2012.

David R. Herndon
2012.10.29
14:30:05 -05'00'

**Chief Judge**
**United States District Court**