UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**SOUTHWESTERN ELECTRIC
COOPERATIVE, INC.**

Plaintiff,

v.

**INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL NO. 702,**

Defendant.                                                  No. 11-cv-1047-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Defendant's Statement of Compliance.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 29, 2012, this case is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:         /s/*Sara Jennings*
                **Deputy Clerk**

Dated:   October 29, 2012

David R. Herndon
2012.10.29
15:38:07 -05'00'

APPROVED:
              CHIEF JUDGE
              U. S. DISTRICT COURT